Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
at Tacoma

| | |
|---|---|
| LAURA J. DOANE, | Case No.: C07-5455RBL |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTURE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**THIS MATTER** having come before the above-entitled court, the court having considered the Stipulation to Extend Briefing Schedule that was agreed upon by the parties, and the pleadings on file, and being fully advised in the premises, now therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that,

1. Plaintiff's opening brief shall be filed on or before February 11, 2008;

2. Defendant's answering brief shall be filed on or before March 10, 2008; and

ORDER EXTENDING BRIEFING
SCHEDULE - 1

**DENNIS L. COMSTOCK, PS**
*Attorney at Law*
Dryer Plaza Building – Suite 101
13400 Pacific Avenue
Tacoma, Washington  98444-4877

(253) 535-3885
FAX (253) 535-3887

3. Plaintiff's reply brief shall be filed on or before March 24, 2008.

**DONE IN OPEN COURT** this 19th day of December, 2007.

*/s/ J. Kelley Arnold*_____
UNITED STATES MAGISTRATE JUDGE

Prepared and presented by:

_____//S//_____
DENNIS L. COMSTOCK, WSBA# 7326
Attorney for Plaintiff

Agreed to by:

_____Per tel /S/_____
DAVID J. BURDETT
Assistant United States Attorney

ORDER EXTENDING BRIEFING
SCHEDULE - 2

**DENNIS L. COMSTOCK, PS**
*Attorney at Law*
**Dryer Plaza Building – Suite 101
13400 Pacific Avenue
Tacoma, Washington  98444-4877**

**(253) 535-3885
FAX (253) 535-3887**