# United States District Court

WESTERN DISTRICT OF WASHINGTON

LAURA J,. DOANE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5455RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.


    June 2, 2008                                         BRUCE RIFKIN
Date                                                     Clerk

                                                         *s/CM Gonzalez*
                                                         Deputy Clerk